1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11  CARLOS ANCHETA, an individual,              )  Case No.: 10-CV-05589LHK
                                                )
12                  Plaintiffs,                 )  **ORDER APPROVING**
                                                )  **SUBSTITUTION OF ATTORNEY**
13  vs.                                         )
                                                )  [PROPOSED]
14  GOLDEN EMPIRE MORTGAGE, INC., dba GEM       )
    CAPITAL FUNDING, a California Corporation;  )
15  FIRST AMERICAN TITLE COMPANY, a             )
    California Corporation; AURORA LOAN         )
16  SERVICES, a Business Entity, form unknown;  )
    QUALITY LOAN SERVICES CORP., a Business     )
17  Entity, form unknown; TUSCANA PROPERTIES, a )
    Business Entity, form unknown; IBM LENDER   )
18  BUSINESS PROCESS SERVICES, INC., a          )
    Business Entity, form unknown; MORTGAGE     )
19  ELECTRONIC REGISTRATION SYSTEMS, INC.,      )
    a Delaware Corporation; and DOES 1 through 50, )
20  inclusive,                                  )
                                                )
21                  Defendants.                 )
                                                )
22  _____       )

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-
D:\docsdata\pcc\CASES\Ancheta v. Golden Empire\Pleadings\Sub of Atty - Order.wpd

ORDER APPROVING SUBSTITUTION OF ATTORNEY

1  The Court hereby orders that the request of Defendant Lexington Enterprises Group,
2  Inc. dba Tuscana Properties to substitute Peter C. Catalanotti of Manning & Kass, Ellrod,
3  Ramirez, Trester LLP as its attorney in place of Mark W. Good is hereby GRANTED.
4  IT IS SO ORDERED.

Dated: _ March 21, 2011

*Lucy H. Koh*
_____
Hon. Lucy H. Koh
United States District Court Judge

Respectfully Submitted:

Michael L. Smith, Esq., SBN 160305
Peter C. Catalanotti, Esq., SBN 230743
**MANNING & KASS**
**ELLROD, RAMIREZ TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:     (415) 217-6990
Facsimile:     (415) 217-6999

Attorneys for Defendant,
LEXINGTON ENTERPRISES GROUP, INC.
dba TUSCANA PROPERTIES