UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CARLOS ANCHETA, | ) | Case No.: 10-CV-05589-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| GOLDEN EMPIRE MORTGAGE, INC., DBA GEM CAPITAL FUNDING, A CALIFORNIA CORPORATION; FIRST AMERICAN TITLE COMPANY, A CALIFORNIA CORPORATION; AURORA LOAN SERVICES, A BUSINESS ENTITY, FORM UNKNOWN; TUSCANA PROPERTIES, A BUSINESS ENTITY, FORM UNKNOWN; IBM LENDER BUSINESS PROCESS SERVICES, INC., A BUSINESS ENTITY, FORM UNKNOWN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | ) | ORDER REMANDING STATE CLAIMS |
| Defendants. | ) | |

On March 7, 2011, the Court issued an Order dismissing Plaintiff's federal claims and granting leave to amend certain of those claims. *See* Dkt. No. 48. The deadline for filing amended claims was 21 days from the date of the order, or March 28, 2011. As of today, April 13, 2011, the Plaintiff has not filed an amended complaint. Therefore, the remaining state law claims are hereby REMANDED to the Superior Court for Santa Clara County. The Clerk shall close the file.

**IT IS SO ORDERED.**

1

Case No.: 10-CV-05589-LHK
ORDER REMANDING CASE

Dated: April 13, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05589-LHK
ORDER REMANDING CASE